FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ OCT 11 2011 ★

BROOKLYN OFFICE

To: June Lowe, case coordinator         Date: __10/7/11__

From: Jack B. Weinstein

NEW CASE DOCKET NUMBER __CV11-4764__

Magistrate Judge __REYES__

Treat under Local Rule 72.2 ____✓____

Respectfully request expedition subject to view of the

Magistrate Judge _____

Set a conference before me as soon as possible after service _____

Issue an order to show cause why the case should not be dismissed as frivolous _____

Respectfully refer to the Magistrate Judge for:

_____
_____

Issue order as follows:

_____
_____

Other _____