UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Luis Charbonier, et al

          Plaintiff,

          against-

The City of New York, et al
          Defendant.
-----------------------------------------------------------X

**CASE MANAGEMENT PLAN**
11-CV-04764(JBW)(RER)

    Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __N/A__.

2. No additional parties may be joined after __2.29.12__.

3. No amendment of the pleadings will be permitted after __3.15.12__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __2.14.12__.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a)    expert witnesses on or before __N/A__.

    (b)    rebuttal expert witnesses on or before __N/A__.

6. All discovery, including depositions of experts, shall be completed on or before __7.31.12__ (Generally, this date must be no later than 6 months after the initial conference).

**NO EXTENSIONS WILL BE PERMITTED**

7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)?
(Answer no if any party declines to consent without indicating which party has declined.)
Yes____   No ✓____

9. ~~A Telephone Conference set for _____, to be initiated by Plaintiff or Defendant (Circle one).~~
   * (The Court will schedule the conference listed above.)

10. Status Conference will be held on  5/2/12 @ 10:30 am
    * (The Court will schedule the conference listed above)

11. A Final Pre-trial conference will be held on  8/2/12 @ 10:00 a
    *(The Court will schedule the conference listed above.)

12. This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York
       1/31, 2012

_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

NAME Christopher Wright
Attorney for Plaintiff
ADDRESS 305 Broadway, Ste 1400
E-mail: wrightlawnyc@gmail.com
Tel.: 212-822-1419
Fax: 212-822-1463

Andrew Lucas
NAME
Attorney for Defendant
ADDRESS 100 Church St
E-mail: alucas@law.nyc.gov
Tel.: 212-788-1273
Fax: